UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 19-30302 |
|---|---|---|
|  | § |  |
| PAULETTE NICOLE WILLIS | § |  |
|  | § |  |
|  | § |  |
| Debtor | § |  |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>01/23/2019</u>. The undersigned trustee was appointed on <u>01/23/2019</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $101,115.10

    Funds were disbursed in the following amounts:

    | Payments made under an interim distribution | $0.00 |
    |---|---|
    | Administrative expenses | $21,441.66 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $354.46 |
    | Non-estate funds paid to 3rd Parties | $5,760.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $73,558.98 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/28/2019 and the deadline for filing government claims was 07/19/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,017.76. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,017.76, for a total compensation of $8,017.76[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/30/2020                    By:   /s/ Ronald J. Sommers
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 19-30302-H3-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | WILLIS, PAULETTE NICOLE | Date Filed (f) or Converted (c): | 01/23/2019 (f) |
| For the Period Ending: | 1/30/2020 | §341(a) Meeting Date: | 02/20/2019 |
| | | Claims Bar Date: | 05/28/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Homestead at 1744 Aden Drive Houston TX 77003 | $276,202.00 | $0.00 | | $0.00 | FA |
| 2 | 1/9 ownership of home inherited from deceased Mother, Rita P.Willis, at 216 Johnson Alley New Iberia LA 70560 | Unknown | $4,500.00 | | $4,500.00 | FA |
| Asset Notes: | #32 04/08/19 | | | | | |
| 3 | Inherited vacant lot in name of Rita Mae Polk in alley off Hortense Street with houses on all sides New Iberia LA 70560 | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | #26 04/01/19 - Abandoned | | | | | |
| 4 | 2015 Buick Verano | $12,306.00 | $0.00 | | $0.00 | FA |
| 5 | Household Goods & Furnishings | $892.00 | $0.00 | | $0.00 | FA |
| 6 | Electronics | $380.00 | $0.00 | | $0.00 | FA |
| 7 | Wearing Apparel | $400.00 | $0.00 | | $0.00 | FA |
| 8 | Dogs (3) | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Bank of America, account no. ...5745 | $248.39 | $248.39 | | $248.39 | FA |
| 10 | Banking and Trust Company, account no. ...8191 | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Bank of America, account no. ...5732 | $21.38 | $21.38 | | $21.38 | FA |
| 12 | Banking and Trust Company, account no. ...2810 (Schedule B value is negative $-17.55) | $0.00 | $0.00 | | $0.00 | FA |
| 13 | 50% Ownership in Polymath Advisory Consortium LLC dba Polymath Advisory Consortium dba Polymatheia Journey, dba Renaissance Healing & Wellness | $0.00 | $0.00 | | $0.00 | FA |
| 14 | 50% Ownership of Renaissance Curb Appeal, LLC, dba Renaisance Curb Appeal (Closed 07/18) | $0.00 | $0.00 | | $0.00 | FA |
| 15 | 50% Ownership of Renaissance Habitat Specialists Limited Liability dba Renaissance BNB | $0.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2  Exhibit A

| Case No.: | 19-30302-H3-7 | Trustee Name: | Ronald J. Sommers |
| Case Name: | WILLIS, PAULETTE NICOLE | Date Filed (f) or Converted (c): | 01/23/2019 (f) |
| For the Period Ending: | 1/30/2020 | §341(a) Meeting Date: | 02/20/2019 |
| | | Claims Bar Date: | 05/28/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | Carpenter Tools/Saws/Drills used for One Renaissance Home Works, LLC | $500.00 | $0.00 | | $0.00 | FA |
| 17 | 1212 Adrian Street New Iberia, LA 70560 (u) | Unknown | $96,000.00 | | $96,000.00 | FA |
| | Asset Notes: #42 05/07/19 | | | | | |
| 18 | 50% interest in One Renaissance Home Works, LLC dba Renaissance Home Works (out of Business since 07/18) | $0.00 | $0.00 | | $0.00 | FA |
| 19 | 100% Interest in Polymath Education Services, LLC dba Kumon Math & Reading Center of Houston - Steeplechase (out of business) | $0.00 | $0.00 | | $0.00 | FA |
| 20 | 216 Johnson Alley Yr 2018 Distribution (u) | $0.00 | $345.33 | | $345.33 | FA |
| | **TOTALS (Excluding unknown value)** | **$290,949.77** | **$101,115.10** | | **$101,115.10** | **Gross Value of Remaining Assets $0.00** |

**Major Activities affecting case closing:**

| 01/30/2020 | TFR SUBMITTED |
| 03/30/2019 | There is a pending motion to sell Asset #2. Trustee is engaging a realtor to sell the unscheduled property located at 1212 Adrian St., New Iberia, LA. Bar date has not expired. |

| Initial Projected Date Of Final Report (TFR): | 12/31/2021 | Current Projected Date Of Final Report (TFR): | 12/31/2020 | /s/ RONALD J. SOMMERS |
| | | | | RONALD J. SOMMERS |

| | | | | | | Page No: 1 | Exhibit B |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 19-30302-H3-7 | | **Trustee Name:** | Ronald J. Sommers |
| **Case Name:** | WILLIS, PAULETTE NICOLE | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6048 | | **Checking Acct #:** | ******0201 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 1/23/2019 | | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 1/30/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/07/2019 | | Paulette Willis | Funds on Deposit | * | $269.77 | | $269.77 |
| | {9} | | $248.39 | 1129-000 | | | $269.77 |
| | {11} | | $21.38 | 1129-000 | | | $269.77 |
| 04/18/2019 | (20) | Earline Mouton | 216 Johnson Alley Yr 2018 Distribution | 1110-000 | $345.33 | | $615.10 |
| 05/13/2019 | | Turnkey Title and Escrow 1 LLC | #42 05/07/19 Sale Proceeds from 1212 Adrian St., New Iberia, LA 70560 | * | $83,541.95 | | $84,157.05 |
| | {17} | | $96,000.00 | 1110-000 | | | $84,157.05 |
| | | | McGee Scott Realty $(5,760.00) | 3510-000 | | | $84,157.05 |
| | | | Taxes $(354.46) | 5800-000 | | | $84,157.05 |
| | | | McGee Scott Realty $(133.59) | 3520-000 | | | $84,157.05 |
| | | | Mestayer and Mestayer - document prep $(450.00) | 2990-000 | | | $84,157.05 |
| | | | Seller Credit $(5,760.00) | 8500-002 | | | $84,157.05 |
| 05/21/2019 | (2) | Earline Mouton | #32 04/08/19 Sale of Real Property | 1110-000 | $4,500.00 | | $88,657.05 |
| 07/02/2019 | 3001 | Nathan Sommers Jacobs, P.C. | #51 07/01/19 Attorney Fees & Expenses | * | | $12,998.57 | $75,658.48 |
| | | | $(12,768.75) | 3110-000 | | | $75,658.48 |
| | | | $(229.82) | 3120-000 | | | $75,658.48 |
| 07/10/2019 | 3002 | Mestayer and Mestayer | #48 06/19/19 Document Preparation and Closing Fees | 2990-000 | | $510.00 | $75,148.48 |
| 09/05/2019 | 3003 | Munshi CPA, P.C. | #55 07/17/19 Accountant Fees & Expenses | * | | $1,567.68 | $73,580.80 |
| | | | $(1,535.00) | 3410-000 | | | $73,580.80 |
| | | | $(32.68) | 3420-000 | | | $73,580.80 |
| 10/10/2019 | 3004 | International Sureties, Ltd. | Pro Rate Portion of Chapter 7 Trustee Bond | 2300-000 | | $21.82 | $73,558.98 |
| | | | **SUBTOTALS** | | **$88,657.05** | **$15,098.07** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 19-30302-H3-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | WILLIS, PAULETTE NICOLE | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6048 | Checking Acct #: | ******0201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/23/2019 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 1/30/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |
|---|---|---|---|---|
| | | **TOTALS:** | $88,657.05 | $15,098.07 | $73,558.98 |
| | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | **Subtotal** | $88,657.05 | $15,098.07 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | **Net** | $88,657.05 | $15,098.07 | |

| **For the period of  1/23/2019 to 1/30/2020** | | **For the entire history of the account between 03/07/2019 to 1/30/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $101,115.10 | Total Compensable Receipts: | $101,115.10 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $101,115.10 | Total Comp/Non Comp Receipts: | $101,115.10 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $21,796.12 | Total Compensable Disbursements: | $21,796.12 |
| Total Non-Compensable Disbursements: | $5,760.00 | Total Non-Compensable Disbursements: | $5,760.00 |
| Total Comp/Non Comp Disbursements: | $27,556.12 | Total Comp/Non Comp Disbursements: | $27,556.12 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3    Exhibit B

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-30302-H3-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | WILLIS, PAULETTE NICOLE | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6048 | Checking Acct #: | ******0201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/23/2019 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 1/30/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $88,657.05 | $15,098.07 | $73,558.98 |

| For the period of 1/23/2019 to 1/30/2020 | | For the entire history of the case between 01/23/2019 to 1/30/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $101,115.10 | Total Compensable Receipts: | $101,115.10 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $101,115.10 | Total Comp/Non Comp Receipts: | $101,115.10 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $21,796.12 | Total Compensable Disbursements: | $21,796.12 |
| Total Non-Compensable Disbursements: | $5,760.00 | Total Non-Compensable Disbursements: | $5,760.00 |
| Total Comp/Non Comp Disbursements: | $27,556.12 | Total Comp/Non Comp Disbursements: | $27,556.12 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS

## CLAIM ANALYSIS REPORT

| | | |
|---|---|---|
| Case No. | 19-30302-H3-7 | Trustee Name: Ronald J. Sommers |
| Case Name: | WILLIS, PAULETTE NICOLE | Date: 1/30/2020 |
| Claims Bar Date: | 05/28/2019 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RONALD J. SOMMERS<br><br>2800 POST OAK BLVD<br>61st Floor<br>Houston TX 77056 | 06/04/2019 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $8,017.76 | $8,017.76 | $0.00 | $0.00 | $0.00 | $8,017.76 |
| 1 | BB&T, BANKRUPTCY SECTION<br>100-50-01-51<br>P.O. box 1847<br>Wilson NC 27894 | 02/27/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $6,645.81 | $6,645.81 | $0.00 | $0.00 | $0.00 | $6,645.81 |
| 2 | BB&T, BANKRUPTCY SECTION<br>100-50-01-51<br>P.O. box 1847<br>Wilson NC 27894 | 02/27/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $530.00 | $530.00 | $0.00 | $0.00 | $0.00 | $530.00 |
| 3 | BB&T, BANKRUPTCY SECTION<br>100-50-01-51<br>P.O. box 1847<br>Wilson NC 27894 | 02/27/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $129,802.56 | $129,802.56 | $0.00 | $0.00 | $0.00 | $129,802.56 |
| 4 | BB&T, BANKRUPTCY SECTION<br>100-50-01-51<br>PO Box 1847<br>Wilson NC 27894 | 02/28/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $171.75 | $171.75 | $0.00 | $0.00 | $0.00 | $171.75 |
| 5 | BB&T, BANKRUPTCY SECTION<br>100-50-01-51<br>PO Box 1847<br>Wilson NC 27894 | 02/28/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $17.55 | $17.55 | $0.00 | $0.00 | $0.00 | $17.55 |
| 6 | BANK OF AMERICA, N.A.<br>P O Box 982284<br>El Paso TX 79998-2238 | 04/03/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $12,681.21 | $12,681.21 | $0.00 | $0.00 | $0.00 | $12,681.21 |

**CLAIM ANALYSIS REPORT**  Page No: 2  Exhibit C

| Case No. | 19-30302-H3-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | WILLIS, PAULETTE NICOLE | | Date: | 1/30/2020 |
| Claims Bar Date: | 05/28/2019 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | 05/17/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $1,638.82 | $1,638.82 | $0.00 | $0.00 | $0.00 | $1,638.82 |
| 8 | SYNCHRONY BANK<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | 05/24/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $2,996.31 | $2,996.31 | $0.00 | $0.00 | $0.00 | $2,996.31 |
| 9 | CITIBANK, N.A.<br>701 East 60th Street North<br>Sioux Falls SD 57117 | 05/24/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $4,228.83 | $4,228.83 | $0.00 | $0.00 | $0.00 | $4,228.83 |
| 10 | MCLEAN SERVICES PROPERTIES, LLC (B. WOMAC)<br>8301 Katy Freeway<br>Houston TX 77024 | 05/28/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $213,946.52 | $213,946.52 | $0.00 | $0.00 | $0.00 | $213,946.52 |
| | | | | | | $380,677.12 | $380,677.12 | $0.00 | $0.00 | $0.00 | $380,677.12 |

**CLAIM ANALYSIS REPORT**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 19-30302-H3-7 | | **Trustee Name:** | Ronald J. Sommers |
| **Case Name:** | WILLIS, PAULETTE NICOLE | | **Date:** | 1/30/2020 |
| **Claims Bar Date:** | 05/28/2019 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $8,017.76 | $8,017.76 | $0.00 | $0.00 | $0.00 | $8,017.76 |
| UNSECURED | $372,659.36 | $372,659.36 | $0.00 | $0.00 | $0.00 | $372,659.36 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 19-30302
Case Name: PAULETTE NICOLE WILLIS
Trustee Name: Ronald J. Sommers

Balance on hand: $73,558.98

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $73,558.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Ronald J. Sommers, Trustee Fees | $8,017.76 | $0.00 | $8,017.76 |
| Nathan Sommers Jacobs, P.C., Attorney for Trustee Fees | $12,768.75 | $12,768.75 | $0.00 |
| Nathan Sommers Jacobs, P.C., Attorney for Trustee Expenses | $229.82 | $229.82 | $0.00 |
| Munshi CPA, P.C., Accountant for Trustee Fees | $1,535.00 | $1,535.00 | $0.00 |
| Munshi CPA, P.C., Accountant for Trustee Expenses | $32.68 | $32.68 | $0.00 |
| Other: McGee Scott Realty, Realtor for Trustee Fees | $5,760.00 | $5,760.00 | $0.00 |
| Other: McGee Scott Realty, Realtor for Trustee Expenses | $133.59 | $133.59 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $8,017.76
Remaining balance: $65,541.22

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $65,541.22

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $65,541.22 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $372,659.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | BB&T, bankruptcy section | $6,645.81 | $0.00 | $1,168.83 |
| 2 | BB&T, bankruptcy section | $530.00 | $0.00 | $93.21 |
| 3 | BB&T, bankruptcy section | $129,802.56 | $0.00 | $22,828.94 |
| 4 | BB&T, Bankruptcy Section | $171.75 | $0.00 | $30.21 |
| 5 | BB&T, Bankruptcy Section | $17.55 | $0.00 | $3.09 |
| 6 | Bank of America, N.A. | $12,681.21 | $0.00 | $2,230.30 |
| 7 | Quantum3 Group LLC as agent for | $1,638.82 | $0.00 | $288.23 |
| 8 | Synchrony Bank | $2,996.31 | $0.00 | $526.97 |
| 9 | Citibank, N.A. | $4,228.83 | $0.00 | $743.74 |
| 10 | McLean Services Properties, LLC (B. Womac) | $213,946.52 | $0.00 | $37,627.70 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $65,541.22 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-TFR (5/1/2011)